***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Argued and submitted October 12, affirmed November 9, 2022, petition for
review denied March 30, 2023 (370 Or 827)

Annunziata GOULD,
*Petitioner,*
*and*

CENTRAL OREGON LANDWATCH,
*Intervenor-Petitioner below,*

*v.*

DESCHUTES COUNTY,
Central Land and Cattle Company, LLC,
and Kameron Delashmutt,
*Respondents.*

Land Use Board of Appeals
2022026; A179306

Jennifer M. Bragar argued the cause for petitioner. Also on the brief were Jeffrey L. Kleinman and Tomasi Bragar Dubay.

J. Kenneth Katzaroff argued the cause for respondents Central Land and Cattle Company, LLC, and Kameron Delashmutt. Also on the brief was Schwabe Williamson & Wyatt, P.C.

No appearance for respondent Deschutes County.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Gould v. Deschutes County*, 322 Or App 11, 518 P3d 978 (2022).